

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-2-2013

# Haddrick Byrd v. Robert Shannon

Precedential or Non-Precedential: Precedential

Docket No. 11-1744

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Haddrick Byrd v. Robert Shannon" (2013). *2013 Decisions.* Paper 905.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/905

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1744
_____

HADDRICK BYRD,
                              Appellant

v.

ROBERT SHANNON, Superintendent SCI-Frackville;
V. STANISHEFSKI, Corrections Health
Care Administrator SCI-Frackville;
JACK ROBINSON, Supervising Nurse SCI-Frackville;
H. SPENCER, Nurse SCI-Frackville;
DORINA VARNER, Chief Grievance Officer, Camp Hill, PA
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1-09-cv-01551)
District Judge:  Honorable Sylvia H. Rambo
_____

Present:  FUENTES, FISHER and COWEN, *Circuit Judges*.
_____

SUR PETITION FOR PANEL REHEARING
_____


        The petition for panel rehearing filed by Appellant having been submitted to the judges who participated in the decision of this court, it is hereby ORDERED that the petition for panel rehearing is GRANTED.  The opinion filed March 11, 2013, is hereby VACATED, and a subsequent opinion will be issued.

        The court's order entered March 27, 2013, denying the motion for stay of the payment of the filing fee is VACATED.  Payment of the filing fee shall be stayed pending further order of the court.

                              BY THE COURT:

                              */s/ D. Michael Fisher*
                              Circuit Judge

Dated: April 2, 2013

CJG/cc:    Haddrick Byrd
           Raymond W. Dorian, Esq.
           Richard H. Frankel, Esq.
           Alexandra Scanlon
           Rebecca Trela